UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

Plaintiff,

-against-

Frank Ellis,

Defendant.

Case No.: 26MJ00181(KPB)

**ORDER OF DISMISSAL**

Re: Count Two only
VTL 600-1(a)
DVN-E2532339

Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

SO ORDERED.

Hon. Kim P. Berg
United States Magistrate Judge

Dated: 24th day of July, 2026
White Plains, New York